STATE OF CONNECTICUT *v.* CHARLES BROWN

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 902 (AC 20441), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 20, 2001

YALE-NEW HAVEN HOSPITAL, INC. *v.* HELEN JACOBS, EXECUTRIX (ESTATE OF BEATRICE YOKELY), ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 64 Conn. App. 15 (AC 20442), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Lawrence A. Dubin,* in support of the petition.

Decided September 20, 2001

PAMELA KNOBLAUGH *v.* DANIEL MARSHALL

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 32 (AC 20454), is denied.

*Neil Johnson,* in support of the petition.

*Richard C. Robinson,* in opposition.

Decided September 20, 2001